**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et al.** | |
|       **Plaintiffs,** | **Case No. 1:22-cv-497** |
| **v.** | |
| **TRI-STATE INSTALLATION, INC.** | |
|       **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), the Plaintiffs voluntarily dismiss this action without prejudice.

Respectfully submitted,

s/ Thomas R. Kendall
Thomas R. Kendall (0080996)
LEDBETTER PARISI LLC
5078 Wooster Road, Suite 400
Cincinnati, Ohio 45226
937-619-0900
937-619-0999 (fax)
tkendall@fringebenefitlaw.com
*Counsel for Plaintiffs*